1/06/2024

Honorable David L. Bunning
United States District Judge
Eastern District of Kentucky

RE: Michael Van Aelstyn

Your Honor,

My name is T.J. Hanna and I write to you today with a heavy heart as a dear friend of mine will soon be sentenced for a matter before your court. I have known Michael Van Aelstyn (Mike) for nearly 10 years, working side by side with him and then directly supervising him in Lexington, KY for the last five of those years.

When this matter first came to my attention, I was absolutely shocked. Not only because one of the most dedicated, selfless and talented agents I'd ever worked with was found at the center of the allegations, but also because the issues at stake are so far from Mike's core character. It's unbelievable to me that he is now in front of Your Honor awaiting sentencing.

I have served with Mike through many emergency situations and operational challenges. During these operations, I have not only seen Mike make selfless and courageous decisions without hesitation, but have also witnessed Mike show compassion and kindness to subjects who least deserved it. Mike has never shied away from the challenges our work presents and is usually the first to volunteer for the long nights, the worst surveillance shifts or any other mentally/physically demanding tasks we confront.

Mike has volunteered for long assignments in foreign countries leading teams to save children from human trafficking. He used his trauma medicine experience to provide necessary emergency medical training to not only FBI personnel, but also to local law enforcement across the state of Kentucky. Mike has volunteered for countless career days at various schools from elementary to college grade all across Kentucky. When Western Kentucky was struck by the devastating tornadoes in December 2021, Mike was the first one to volunteer to travel there to assist local law enforcement identify victims of the storm. Mike led a team of agents and local officers for nearly a week successfully reuniting many family members as well as making the difficult identity confirmation of multiple victims.

I am not fully aware of the facts of Mike's case as I have aimed to stay away from all of it and allow the system to work. I begrudgingly read the newspaper after Mike's plea. I am still in disbelief how a man of Mike's character and high morale foundation could have made this mistake but I do know he has already paid a heavy price for his actions. He has lost a beloved career, which he has told me many times was the most important thing to him. He has been substantially and negatively impacted financially and emotionally. I have no idea how after already suffering this extreme loss and absolutely life changing event, he is able to stay positive, but he does. I have never heard a "woe is me" excuse from him and I believe he has accepted responsibility for his actions.

Additionally, I feel the true testament to Mike's character is the network of family and friends who have stood by Mike through this tough time. It is a unique thing to have endured a federal indictment, yet still have the same love and support from your friends and family as you did before. We all make mistakes, but how you live your life and treat the people around often determines how many of those friends and family remain. Though Mike has already suffered extreme loss and regardless of the ultimate outcome of this decision, he can be confident his friends and family will remain by his side

Your Honor, this is the first time I've ever felt led to write a letter to the court on behalf of someone facing sentencing, but in this case, I do so without hesitation. I do not make this request lightly. I ask you consider Mike's years of selfless service to the citizens of our country, Mike's strong moral character, the punishment Mike has already endured through loss of career and livelihood, Mike's willingness to accept responsibility for his mistake, and Mike's cadre of devoted friends and family who continue to pray for him, support him and love him when determining Mike's sentence. Thank you for your consideration.

Respectfully and prayerfully,

T.J. Hanna
(859) 444-1246