My name is Terry Rankhorn, and I have known Mike for eleven years. I first met him while working on criminal cases in the Louisville Division of the FBI, and later supervised him when he became an undercover employee. In my former capacity as the Undercover Coordinator for the Louisville FBI Division, I had oversight of all undercover employees and operations within Kentucky. There is no greater source of temptation for law enforcement agents than undercover work. The covert employees have access to tens of thousands of dollars, drugs, prostitutes, and many other vices that can tempt even the most stoic employees. I never had one single issue with Mike. He was the example of ethical and moral behavior that I used as an example for young agents entering the undercover program. I even told my sons that he was a terrific role model for them, and I still hold that opinion.

Mike was a model case agent. He was diligent in his investigations and made every effort to exhaust all leads where other agents would give up. He never gave up because a case was difficult, and he never let his personal feelings bias his investigations. He worked equally hard to exclude innocent parties from investigative harassment as he did pursuing the true villains. He has put his life on the line for the job, including one incident where he narrowly avoided being killed by a subject during an arrest.

In addition to being a former police officer, he was also a college chemistry instructor, a SWAT medic, and an undercover agent. Mike was an invaluable employee who demonstrated a singular lapse in judgment when he tried to cover for another agent's poor administrative skills. His guilt in that particular matter doesn't accurately represent the complete man I know. He volunteers his time tutoring kids with classes. He teaches free emergency first aid classes, and is universally recognized as a model agent.

I've welcomed Mike into my home numerous times and was happy to have him meet my family. I recognize this incident is a stain on an otherwise spectacular record, and my door will always be open to him. I have invincible confidence that the court will see the true man that is Mike Van Aelstyn, and take his overall record into account.

Respectfully,

Terry Rankhorn, Special Agent – FBI (Retired)