January 18, 2024

The Honorable Judge Bunning

Your Honor,

I am writing this letter on behalf of Michael Van Aelstyn. I have known Michael just about 12 years, through our place of employment.

I am only partially familiar with Michael's case as I have purposely distanced myself from the full investigation. Therefore, I am writing this letter based on my personal knowledge of Michael, as it pertained to our day-to-day interactions. As I learned pieces of the allegations against Michael, I found it all to be in sharp contrast to the person who stood by me during search warrants, interviews, tragic situations, and the interactions with child victims of exploitation. The Michael that is before you as a defendant is not the Michael that stood with me over the years.

I have been in your courtroom on many an occasion, listening to family and friends speak to the character and strengths of my child sexual exploitation defendants. Never in all my years did I think I would be writing to you from that side of the aisle, about one of my peers, and especially about someone like Michael. In full transparency, my heart is so heavy writing these words to you. Not being a person who usually is at a loss for words, or without an opinion, there is a struggle in composing this letter. Not for finding positive things, strengths, or redeeming qualities about Michael. Those come easy. But more making sure I convey to you the best examples, the best strengths, and the best qualities. Trying to find the right words for you to fully understand the person in front of you. The person we all know, trust, and respect. The person that is before you now is the person I know who would put their life on the line for their family, friends, co-workers, and even strangers. To me, Michael is the person who could be in a room with a man who had just raped a child and treat them with the respect and dignity we as public servants are asked to do, because it was the right thing to do. He is the person who would stop on the side of the road to render aid to a car accident victim he did not know and save their life. He is the person who would sit with a family that just had their loved one arrested and reassure them that things would be okay. He is the person who would stay up for 24 hours straight if you needed them on a crime scene. He is the person who had your back going through a door when you had no idea what was on the other side. He is the person who you shared a funny story with over a quick lunch break. And he is the person who remembered what you were going through at home and took the time to stop and ask you how were doing. Really doing. What examples do I give you so you can understand the pain so many of us are feeling right now? The sadness that this is happening to someone we all hold in high regard. The Michael I know, and trust, is the person that I would not think twice about calling because I needed someone. The person I would tell something personal to, knowing that the information would be held in strict confidence. The person I trusted my life to, on too many occasions to count. The person I call my friend. What do I say to you Judge? What do I have to convey? I have read so many of these types of letters, yet I am nervous and can only hope I say the right things in this one.

As all of this has played out in Michael's life, it has played out in our lives too. Our workplace is a family. We experience life-changing events and situations together the general public will never know about. There are things we see, places we have to go, people we encounter, and situations we voluntarily place ourselves in that are day-to-day activities for us. All of these bring us closer. These things make us

stronger together. These things bind us together. These things make us a family. And when one of your family is in trouble, you want to do everything you can to make it better. To take away the pain. To fix it. That is what we are trying to do. But how do you do that in a situation like this? I guess we are all hoping that our view or perspective of the man before you will help you see what we see.

The emotions of depriving someone of their freedom and civil liberties is a big responsibility. One we as law enforcement agents never take lightly. For our cases, we will spend hours investigating. We will make sure we know as many facts as possible. Before we take the steps to take these rights from anyone, we prepare and plan. Michael did this. Michael took his investigations seriously and respected the law he swore an oath to uphold. Michael respected the power and responsibility entrusted to him by the American people. That was the Michael I personally worked alongside. Having learned Michael has taken responsibility for the allegations brought against him, to me, rings true to his strength and character as well.

The power and responsibility of Michael's fate is now in your hands. I have sat in your courtroom on many occasions as you have talked about the factors used to determine a particular sentence for a defendant. Listening to your words as you articulate your position and what went into your decision. As you consider those factors in this case, I hope we have all conveyed to you a little more about the man in front of you. The person we all know and trust, to this day, with our lives. Michael has lost his career, his reputation in the public eye, his financial stability, and his world as he knew it. As a law enforcement officer, losing your reputation and the trust of the judicial system is the harshest penalty one can ever face. In the judicial world, you are nothing without your reputation. Michael's reputation is now forever tarnished.

Where Michael's reputation is not tarnished is in our hearts and in the love and respect, we have for him. Despite all that is happening right now, I would still do anything in the world for Michael. And I know he would do the same for me, or any of us.

As you consider your factors in a fair and just punishment for Michael, I pray you would please keep in mind the punishment he has already suffered. The loss he has already encountered. The reputation he will never get back. Please also keep in mind the love and admiration we still hold close for him.

Thank you for your time in listening to our words on behalf of Michael.

Kimberly Kidd

*The above is based solely on personal knowledge and should not be construed as the official views of the FBI.