January 8, 2024

Dear Judge Bunning,

My name is James Huggins jr. and I am writing you to make a character statement on behalf of Michael (Mike) Van Aelstyn. First, I would like to tell you a little about myself, and how I came to know Mike. I am a retired FBI Agent, retiring in 2021, after a thirty-year career in federal law enforcement. In 2012, I was transferred from the FBI San Francisco Division to the FBI Louisville Division, Lexington resident agency. This is when I first met Mike.

In the years I have known Mike, I am not only proud to have worked with him professionally, but I also consider him a good friend. In my interactions with Mike, I have known him to be very hard working, generous with his time in helping others, trustworthy, thoughtful and extremely humble. Whenever I needed assistance with a case, Mike was always the first agent I would ask. Not just because I knew Mike was extremely capable and would agree to help me but also because he would drop whatever he was doing to help, always without complaint. I know Mike to be a very competent and professional agent, one that everyone in the office enjoyed working with.

I was surprised and saddened to learn about Mike's legal issues. From what I know of the situation, Mike made a serious mistake by having a lapse of judgement. I believe Mike made a mistake of the mind (indicative of poor judgement), not a mistake of the heart (indicative of poor character).

Mike has led a life of service, not just to the FBI, but to society in general. In addition to law enforcement, Mike served as an Emergency Medical Technician (EMT), training he voluntarily went through. However, I think his character and sense of service is best demonstrated by what he did with his time when he was placed on administrative leave by the FBI. Mike volunteered to drive human organs needed in transplant surgeries, from their location of collection to the hospital where the transplant surgery was taking place.

It's my understanding that Mike has accepted full responsibility for his actions and has plead guilty. I am not surprised, as it demonstrates Mike's true character. This is the Mike Van Aelstyn I know.

In closing, I would respectfully request that you consider Mike's acts of service and full acceptance of responsibility in deciding your sentence.

Judge Bunning, I thank you very much for taking the time to read my letter. It is very much appreciated.

Very Respectfully,

James Huggins jr.

Huggins4197@gmail.com

925-207-2040 cell