Character Letter: Michael
Van Aelstyn

Date: December 29, 2023

To: The Honorable United States District Court Judge David L. Bunning

From: Franklin Charles


Your Honor,

I am writing this letter to provide my opinions of Michael Van Aelstyn's character. My opinions are based upon my personal interactions and observations over a period of approximately 13 years.


My name is Franklin Charles. I am a former Commissioned Officer and Army Aviator. I served in the United States Army between 1985 and 1997. I am a retired Special Agent of the Federal Bureau of Investigation (FBI). I served in the FBI between 1997 and 2018.


I held numerous positions of leadership in the Army, including Attack Helicopter Platoon Leader (2nd Lieutenant); Attack Helicopter Company Commander (1st Lieutenant); Air Cavalry Troop Commander (Captain); and Assistant Operations/Flight Officer (Captain). During my career as a leader in the Army, I led over 800 soldiers.


During my career as an FBI Agent, I served in both Washington, D.C., and the Louisville Field Office. I joined the FBI SWAT Program in 2000. Between 2000 and 2011, I served as an assaulter, observer/sniper, and Assistant Team Leader. Between 2011 and 2018, I served as the Louisville Division SWAT Senior Team Leader. Between 2009 and 2018, I also served as the Principal Firearms Instructor for the Louisville Division. I was responsible for planning and administering all firearms training, tactical training, defensive tactics training, as well as active shooter response training. I provide you with the above information to hopefully show you that I held positions of responsibility for thirty-three years. Thus, I've led hundreds of men and women and believe myself to be a good judge of character.


I first met Michael in early 2012 after he requested a meeting with me to discuss attending Selection/Assessment for the Louisville Division SWAT Team. He also expressed an interest, if he was brought onto the team after attending Selection, that he would like to

Character Letter: Michael
Van Aelstyn

assist with the SWAT medical program. The fact that Michael sought me out before applying for Selection was both intriguing and encouraging. My first opinion of him was very positive. He was personable, professional, and demonstrated a methodical and logical thought process that led me to believe he would be an asset to the SWAT Team.

Later that same year, Michael attended Selection and was offered a slot as an assaulter for a probationary period lasting 18 months. During the probationary period, any SWAT Operator can be removed for any reason (personal, professional, tactical, mental, etc.), no matter how minor. I cannot recall a single instance where anyone on the team recommended that Michael be removed. To the contrary, Michael excelled at tactics, firearms, and decision making. He had a reputation among the team, as well as the Louisville Division, for being very reliable, professional, respectful, and friendly. On the team, we knew him to be a solid Operator and a professional Agent.

I determined very early on in Michael's time on SWAT that he was ready for additional responsibilities. Like we had discussed early in 2012, I asked him to get with our Division medical POCs to see how we could bring some medical specialization to the team level. To say that he ran with ball would be an understatement. Michael developed a medical program that taught us Tactical Combat Casualty Care (TCCC). He created detailed lists of medical equipment needed at the team and individual levels. Once I purchased the needed supplies, Michael conducted initial training, as well as a program to incorporate medical scenarios into our monthly tactical training.

An example of his dedication to medical training is that he purchased pork shoulders, shot them at our range, and then taught the team how to pack wounds. No other team in the FBI was doing that type of training. Michael also developed ways for the team to practice sealing chest wounds, applying tourniquets, and using nasopharyngeals. I was so impressed with the level of our training that I offered his expertise to the Cincinnati and Indianapolis FBI SWAT Teams. When I retired in 2018, all three of these division level SWAT teams were using the tactics, techniques, and procedures that Michael developed on his own.

Character Letter: Michael
Van Aelstyn

After his probationary period, Michael paid for his own Emergency Medical Service/Emergency Medical Technician Training. He not only paid the $1,200 out of pocket, Michael performed his required 140 hours of training on weekends. He did all of this while working cases and being on call for SWAT training and deployments.

Michael trained and certified numerous Operators and Agents to perform Cardiopulmonary Resuscitation. He did this all on his own with no taskings from me or anyone within management.

I have spent hundreds of hours with Michael, both professionally and personally. He and I have deployed on countless SWAT missions all over the United States. When you train and serve alongside someone for that amount of time, in permissible and non-permissible environments, you develop a brotherhood where you each rely upon the other for your safety, security, and your life.

I have never known Michael to exercise poor judgement. He was extremely reliable and rose well beyond any goals that I had for him as an Operator and an FBI Agent. His reputation among the SWAT Team and Louisville Division employees was one of selfless, professional, passionate and compassionate service.

To this day Micael remains my friend, my brother. He made a serious mistake and lapsed in judgment, for which he is now facing punishment. As you know, Michael has been forthcoming with cooperation and acceptance of guilt. His level of cooperation and acceptance is not a surprise to me, that is the Michael I know. I hope what I have written to you, along with your personal knowledge of Michael's cooperation, acceptance, and remorse convince you of the character of the man I know. Despite what has transpired, I would not hesitate to place my life or the life of my wife or children in the hands of Michael Van Aelstyn.

Character Letter: Michael
Van Aelstyn

Your Honor, thank you for your time and allowing me the opportunity to write to you.

Franklin Charles

80 Graves Drive

Smithfield, KY 40068

(502) 991-2462