To Whom It May Concern,

My name is Toney Dollins, and I am proud to say I know Michael Van Aelstyn. I first met Mike through work in the Fall of 2022. During that time, I was new to the office, and new to the work that was tasked of me. As I sat at my new desk for the first time, a co-worker approached and knocked on my filing cabinet. It was Mike. As Mike introduced himself, I was genuinely comforted with how interested he was in getting to know me, and the genuine commitment he showed towards ensuring my success within the office. He made it very clear to me before he left, that if I ever needed anything, I could go to him.

As I began to settle into my new job, it became apparent just how genuine Mike was. Not a day went by that Mike did not stop at my desk to ask me how I was, and to ask if there was anything, he could do to help me with. An offer I took him up on almost daily. Whenever I asked Mike for anything, he never hesitated to assist, and was extremely selfless in his efforts to assist me, no matter how long it took him away from his own work.

I always appreciated Mike's assistance. I knew whenever he helped me with a task, or when I went to him for advice, that I was always going to get competent, professional guidance in return. As my time in the office progressed, I began to look to Mike as a role model. I appreciated Mike's genuine personable approach to everyone he encountered. I also appreciated his professional appearance and demeanor when on the job. When Mike spoke, people listened. His vast knowledge of all things, and his eagerness to learn more was also extremely impressive, and made him an excellent go to for guidance or assistance on just about anything. Mike was in the teaching profession previously, and I can only assume that time aided him in his ability to help others. This well roundedness equipped Mike to be the go to guy for all things, a role Mike was eager and honored to take on.

Mike had a reputation in the office for being eager to assist others. I appreciated that about him. Mike had a reputation in the office to be an extremely well rounded worker, eager to take on tasks and challenges outside his wheelhouse, and seemed to excel in all he did. Mike was also known in and outside the office to be honest and dependable in all he did not only in work but in life.

Mike is one of those people you meet in life you strive to be. Mike is extremely professional, and is extremely well rounded. Mike often took on positions and tasks outside of his wheelhouse. Mike was also extremely knowledgeable about not only issues and questions on the job, but life and just about anything else in general. Mike strived hard to assist his friends in any and every way possible. To me that is what I took away from Mike the most when I looked up to him. The way he always put others before him was so selfless, and is a characteristic I have learned from Mike that I try and emulate in my everyday.

I am humbled and extremely appreciative of all that Mike has done to ensure my success both in my work and in my private life. I am proud to call Mike a friend, and am honored to say he is a role model to me.


Very Respectfully,


Toney R. Dollins Jr.