Michael McLaughlin

97 Turner Lane,

Corbin, KY 40701

(571) 292-7521

Mikeandwinn@yahoo.com

January 10, 2024

Your Honor,

I am writing this letter to provide a character reference for Michael Van Aelstyn whom I have known since 2016 as a friend and colleague. I respect the fact that Michael has not made excuses for his actions but rather he has accepted responsibility and is seeking resolution through pleading guilty. My hope in writing this letter is to inform the court of the personal qualities I have witnessed over the years of knowing Michael.

I served with Michael as a SWAT operator for approximately six years. While serving on SWAT, I was impressed with his work ethic, professionalism, and respect for others. Michael was known for his devotion to the tactical medical program. Michael worked tirelessly to ensure that he would be ready in case of a medical emergency while enforcing federal law. On one such occasion, a subject opened fire striking a SWAT operator in the arm. Operators returned fire, striking the subject in the chest. Michael rushed to the aid of both the SWAT operator and the subject. Michael provided life saving care for the subject despite the subject shooting one of his colleague's moments before.

Michael has always been a positive, hard-working person both professionally and personally. I know that Michael excelled in his academic career, obtaining his doctorate. Michael's work ethic is further evident in his personal life remodeling homes when he wasn't at work. As a person, Michael has an uncanny ability to create rapport with people from all walks of life and has always treated others with the upmost respect. I have always been impressed with his sincere nature and compassion for others. Michael's positivity is contagious and tends to bring the best out in others.

As a friend, Michael has always been true and loyal. Over the years he has become a close family friend that we have been able to count on in any situation. Notwithstanding his recent mistakes, I know that Michael is an extremely honorable person that believes in law and order. I know moving forward, Michael will work hard to restore his reputation and repair any hurt that he may have caused.  Thank you for taking the time to learn about my friend Michael Van Aelstyn. If any further information is needed, I am available by phone or email.


Sincerely,

Michael W McLaughlin