January 7th, 2024


Mr. Tom Bullock

C/O Michael Van Aelstyn

234 N Limestone

Lexington, KY 40507


To whom it may concern,

I am writing this statement to share my personal experience and overall view of a friend and once fellow coworker, Mike Van Aelstyn. I met Mike approximately six years ago when I became a task force officer (TFO) with the FBI, Lexington office.

I currently work as a Lexington Police Detective and was afforded the opportunity approximately six years ago to become a task force officer with the local FBI office where I met and worked with numerous agents including Mike. Over the years, I have worked closely with Mike on several cases and operations. My experience is that Mike has always been a hard worker and willing to help in any way he can, most of the time without even having to be asked. I have alway trusted Mike to not only act in a professional and trustworthy manner but have often went to Mike for advice and guidance.

Outside of work, I have also gotten to know Mike on a personal and social level. I know that Mike has always been willing to help me in my personal life and I have tried to be available and offer the same to him.   Rather it be offering to help haul a heavy load when moving into a new residence, a ride from one destination to another, or to simply sit and listen if I needed someone to talk to.

Although I am not familiar with the circumstances surrounding the ongoing court proceedings, thank you for allowing me to briefly give my personal and honest opinion of Mike. I have always held him in high regards and believe that other friends and fellow coworkers that know him, would say the same. In the past six years working with Mike, I have always trusted him not only to get the job done right, but to do the right thing with good intent.  Thank you for your time.


Sincerely,

Seth Frazier