Kenneth F. Kirk II
491 General John Payne Blvd
Georgetown, KY  40324

12/21/2023

Your Honor,

I am writing on the behalf of Michael Van Aelstyn, who is appearing before your court due to a self-admitted indiscretion.

I have been a co-worker and friend to Michael for over 10 years. In the time that I have known Michael, I have come to see that he is tirelessly hard working, often-working long hours, and always volunteering to support others and their cases. While Michael admits to his indiscretion, I believe that as we move forward, he will emerge a better person. He will continue to be a strong supporter of the rule of law. There is no one who loved to work for the FBI and loved serving his country more than Michael.

For the years I have known Michael, he has been a positive influence for everyone he meets. I consider him to be honest, trustworthy and of good character. Everyone in the FBI office counted on Michael for support, friendship and leadership. He brought a high level of intelligence and common sense to all aspects of his job and life. I considered him to be the standard of what an FBI Special Agent should be.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the case, I still believe Michael to be an honorable individual, a valuable member of his community, and a good human being.

Sincerely,

Kenneth F. Kirk II

Kirk, Kenneth F. II
Federal Bureau of Investigation
Special Agent, retired