Isaac Robison
115 McIntosh Park
Georgetown, KY 40324
801-420-8250
isaacwrobison@gmail.com


January 14, 2024

Your Honor,

The Purpose of this letter is to provide a character reference for Mike Van Aelstyn whom I have known as a friend and a colleague since 2019. I understand that Mike has pleaded guilty to serious federal charges and I appreciate the fact that Mike has taken ownership of these mistakes. It is my purpose in writing to help provide insight into Mike's character as I have known him.

I first came to know Mike when I began working with him in 2019, and immediately Mike made it his goal to ensure I felt welcome and comfortable working in our office. Mike was always available to help answer my questions, provide help in my assignments, and generally be there to support me as a new employee. Shortly after coming to the office my mother passed away and Mike did not know me well but he was there with me for every step of the grieving process. Mike went out of his way to help and support me as a colleague and a friend during a very difficult time in my life. Mike cares deeply for those around him.

The next thing I learned about Mike after spending time with him is that he is fiercely loyal to his friends and colleagues. Mike did not tolerate ill speaking of those with whom we worked and always brought a positive attitude to work every day. Even when I knew Mike was going through a number of difficult things in his personal life, he always came to work with a positive attitude looking to help others. Often when Mike was going through difficult times he tried all the more to help those around him and lost himself in his dedication to others.

Finally, Mike is a wonderful example of treating everyone with love and respect no matter the circumstances. In my interactions with Mike, he always treated everyone with whom we interacted with kindness and respect even when they were openly hostile with him. Offices can often be difficult to navigate with a variety of personalities, opinions, and experiences but Mike always made everyone feel loved and respected.

I know that Mike believes in law, order, and justice. Mike is a good man who made a mistake. Thank you for your time and please know that I am willing and available to confirm these facts at any time.

Sincerely,

Isaac Robison