Lisa Heath
1049 Highland Ave
Louisville, KY 40204
717-405-1838
lisa.pension@gmail.com

January 8, 2023

Your Honor,

I understand that my friend, Mike Van Aestlyn, recently pled guilty to federal charges. This letter is a chance for me to portray what a good person Mike is and I appreciate you taking the time to read and consider it.

My name is Lisa Heath. I met Mike in April 2013, when I moved to Louisville, KY after being assigned to the Louisville FBI office. Mike and I have worked cases, conducted operations such as searches and arrests and socialized together. Mike was always the first person I called whenever I needed help with anything in Lexington.

I have conducted several operations and worked several cases with Mike. Not once did I question his trustworthiness, his determination to uphold the law or his loyalty to his country. One particular case we worked was several hours from Lexington. Mike was in a unique position to help me because of his skills and expertise. He not only didn't complain about the inconvenience of this investigation, but went above and beyond to assist me when he could. Mike made sure that I had the equipment, paperwork, and resources I needed.

I not only trusted Mike when it came to cases and operations, but in my personal life as well. Mike helped me through a tough time in my life. He made sure I had anything I needed and knew I had a support system in Lexington. Mike has been a wonderful friend and co-worker.

Yes, Mike made a mistake, but I still hold him in the highest regard. I am proud to call Mike a friend and will stand with him in this new chapter of his life. Again, I greatly appreciate you taking the time to consider this letter.

Respectfully,

Lisa Heath