I am writing this as a character statement for Michael Van Aelstyn. I have worked in law enforcement for more than 16 years and am currently the supervisor of Mike's former squad in the FBI. While I never worked with or supervised Mike, I have met him and know many of his former co-workers. I have had many conversations with those co-workers, all of whom hold Mike in high regard. More importantly, however, is what I learned through conversations I've had with Mike himself. While the conduct Mike admitted to is a serious violation, I was impressed with his willingness to accept full responsibility for his actions. Furthermore, Mike expressed to me he still has great respect for the FBI and the rule of law, which I believe is a testament to his high moral character. I think it is important to note that I would not write this letter if I did not truly believe Mike was deserving of my support. During our conversations, Mike expressed remorse for his actions but seemed most concerned with how they affected the lives of his friends, family, co-workers and the FBI as an institution. This display of unselfishness struck me as genuine remorse for his actions and not just regret that those actions led to criminal charges. I cannot claim to be a close friend of Mike, nor can I claim to know much about Mike's life outside of his association with the FBI. That being said, I have had a lot of experience dealing with individuals convicted of crimes, most of whom pled guilty and ostensibly accepted responsibility. I have witnessed many people claim to accept responsibility and express remorse for their actions who I believe did not actually mean what they said. After speaking with Mike, I believe he is genuinely remorseful for his actions and truly accepts responsibility. I would ask the court to consider this during sentencing.


Signed,



Ian Brock