Daniel W. Heath
1049 Highland Ave.
Louisville, KY 40204
(859) 338-2582
daniel.heath@yahoo.com

January 5, 2024

Your Honor,

The purpose of this letter is to provide a character reference for Mike Van Aelstyn whom I have known as a friend and a colleague since 2015. I respect the fact that Mike has pleaded guilty to serious federal offenses and is now taking ownership of his mistakes. In this letter, I would like to offer a more fulsome picture of Mike as a person as I have spent significant time with him and can provide insight into some of his best qualities.

Most notably, I served as a SWAT operator with Mike for several years. Over the course of dozens of operations, I stood side by side with Mike in dangerous and volatile situations, placing my absolute trust in him to do his duty well and to protect his fellow operators while faithfully enforcing federal law. What stands out most to me, aside from Mike's indefatigable energy and optimism, was the courtesy and respect he showed everyone he encountered, whether they be victims, subjects, law enforcement colleagues, or bystanders.

Mike gives selflessly of himself and his time. When I began pursuing additional responsibilities at work in an area that Mike was skilled, he volunteered his personal time, without hesitation, to travel from Lexington to Louisville in order to put me through vigorous and thoughtful training exercises. I have no doubt that I can count on Mike to lend me or my family a helping hand no matter what is asked of him.

As a friend, Mike has always been loyal and true. He exudes positivity and friendliness in every situation, making him a pleasure to be around. Despite, his recent mistakes, I know that Mike believes in law, order, and justice. Thank you for taking the time to learn more about my friend. I am available to confirm the facts of this letter by phone or email.

Sincerely,

Daniel W. Heath

Daniel W. Heath