Michael Mizell
229 Cunningham Ave. Sadieville, KY 40370
Field Training Office
NORA (Nationwide Organ Recovery Transport Alliance)

01/10/2024

Character Reference for Michael Van Aelstyn

I have had the pleasure of acquainting myself with Michael for a period of approximately eight months. Both of us held the positions of Drivers and Field Training Officers (FTOs) at NORA, an organization that specializes in the transportation of human organs designated for transplant. To excel in this role, one must possess a high level of compassion and empathy towards others. During his tenure as a driver and FTO, Michael consistently demonstrated laudable honesty and dependability when handling organs and instructing other drivers. There was no task that I would have hesitated to delegate to him. Michael commanded the respect of his peers, and despite our relatively brief acquaintance, I was impressed by his unimpeachable reputation in the field. As a former Chief of Police and a twenty-year veteran of law enforcement, I consider myself to be a discerning judge of character, particularly in assessing qualities of loyalty, dependability, and a commitment to doing what is right.

Michael Mizell