To the Honorable Judge Bunning

      I write this letter for my friend and former colleague Michael Van Aelstyn but I simply call him Mike. I've only known Mike for a few years now. I began working in the same FBI office as him in 2019 as a Crimes Against Children Task Force Officer. The moment I met Mike he was respectful, humble and open to help me with anything I may need as I took on my new role. As I was learning, Mike showed me how to use the FBI systems, manage cases, and checked to ensure my mental health was right after I became Online Undercover. As time went by, I met many other FBI employees outside of the Lexington Office. When I would tell them the office I worked out of, more times than none someone wanted to know how Mike is doing or say "get Mike to tell you this story". I noticed he was well liked and respected by his peers not only in Lexington, but in Louisville, London RA and Covington RA. When visitors outside of the FBI came to the Lexington office, Mike somehow knew them or worked with them at some point in his career. It shows that Mike has been in Kentucky a long time working for his community and has gained the respect people show him speaks for itself.

      I don't know all the details of this case, but I can say Mike is a great guy, who has shown me, and many others, respect, and has always been willing to answer the call of service. I'm sure many others are willing to stand by him in this difficult time because we know he would do the same for us.

      Thank you for your time.
Stanley