To Honorable David L Bunning,

My name is Morgan Minnicks and I would like to submit this letter as a testament to Michael Van Aelstyn's character. I met Mike in the summer of 2019 when I was transferred to Lexington for work. From the very first day, I could tell Mike was one of the kindest people I have ever met. He was always volunteering to help other people, making people laugh, and carrying one of the heaviest work loads of anyone in the office.

One thing that surprised me about Mike was how highly educated he is, because he never would brag about it. When I decided to get my doctorate, he told me about his research, how he pursued his education, where he conducted his research, and encouraged me to apply. Mike really supported me through my process of working full time and going to school full time by allowing me to bounce ideas off him, discussing my research with him (at length), and talking through where I was stuck. Even though we were co-workers, Mike truly took on a mentor role in my life during this time.

Mike is a very honest individual who is willing to admit when he made a mistake. Mike is always willing to help anyone who needs it, in their personal lives or at work. I really value and respect Mike's work ethic as he always believed there was more he could be doing for others. In addition, I would also say he is very outgoing, intelligent, and tenderhearted. By this, I mean he believes that people in his circle of trust will always go above and beyond for him as well.

When it comes to this situation, I have been the most impressed by how Mike has never waivered in his decision to take ownership in his actions and accepted responsibility for what he did wrong. However, Mike's biggest flaw, in my opinion, is his propensity to help others at the detriment of himself. In this situation, I genuinely believe Mike was betrayed by someone he considered to be one of his best friends. Based on the previous friendship, which I have witnessed with my own eyes, Mike would always be willing to go to bat for John, whereas John would always take advantage of Mike's tenderheartedness. Like I stated, Mike has taken responsibility for his actions and admitted to what he did. From the outside looking in, it is very disheartening to watch someone who did the wrong thing for the right reasons take 100% of the fall of actions that were guided by another.

Respectfully,

Morgan Minnicks